UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

               Plaintiff,

-against-

Flirt NY, Inc., et al.,

               Defendant.

1:19-cv-07128 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

No later than Monday, March 2, 2020, the parties shall submit a joint letter regarding the status of settlement in light of the mediation conference that was held on February 26, 2020.

**SO ORDERED.**

DATED:    New York, New York
               February 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge