# Vincent M. Lentini
## Counselor at Law
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030

Admitted to practice
in Connecticut & New York

Phone: (516) 228-3214
Fax: (516) 228-9385

March 18, 2020

Via ECF Filing
Magistrate Judge Stewart D. Aaron
US Magistrate Court Judge
US District Court SDNY
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

Re: Nikonov v. Flirt NY Inc., et al
Index No. 19-CV-07128

Dear Magistrate Judge Aaron:

I am counsel for the defendants.

In light of the ongoing Coronavirus national emergency, I write to request that the April 2, 2020 conference in this matter be adjourned to a date in late May 2020.

Thank you.

Respectfully submitted,
S/
Vincent M. Lentini

cc: Client
cc: Doug Lipsky, Esq. counsel for plaintiff

---

Defendants' motion is DENIED. In light of public health developments, the Initial Conference scheduled to take place on April 2, 2020 at 2:30 p.m. shall go forward by telephone. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.
SO ORDERED.
Dated: March 19, 2020

*Stewart D. Aaron*