UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

        Plaintiff,

-against-

Flirt NY, Inc., et al.,

        Defendant.

1:19-cv-07128 (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, and at the request of the parties, the telephonic initial conference scheduled before Magistrate Judge Stewart Aaron on April 2, 2020 at 2:30 p.m. is adjourned until Thursday, April 30, 2020 at 10:30 a.m.

At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:   New York, New York
            March 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge