USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

                Plaintiff,

-against-

Flirt NY, Inc., et al.,

                Defendant.

1:19-cv-07128 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the April 30, 2020 Case Management Plan (ECF No. 38), the parties were to file a joint letter regarding the status of discovery no later than June 15, 2020. The letter is now past due. No later than Wednesday, June 24, 2020, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               June 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge