```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

                       Plaintiff,

      -against-

Flirt NY, Inc., et al.,

                       Defendant.

1:19-cv-07128 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       It is hereby Ordered that, no later than Friday, November 20, 2020, the parties shall file a joint letter indicting whether any party intends to make a dispositive motion and, if so, setting forth a proposed briefing schedule.

**SO ORDERED.**

DATED:    New York, New York
               November 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge