UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

                          **Plaintiff,**

        -against-

Flirt NY, Inc., et al.,

                         **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

1:19-cv-07128 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that any dispositive motion shall be filed no later than Wednesday, April 7, 2021; any opposing papers shall be filed no later than Wednesday, April 28, 2021; and any reply papers shall be filed no later than Friday, May 7, 2021.

**SO ORDERED.**

DATED:    New York, New York
             February 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge