# VINCENT M. LENTINI
### COUNSELOR AT LAW
1129 NORTHERN BOULEVARD, SUITE 404
MANHASSET, NEW YORK 11030

ADMITTED TO PRACTICE
IN CONNECTICUT & NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021
```

May 5, 2021

Via ECF Filing
Magistrate Judge Stewart D. Aaron
US Magistrate Court Judge
US District Court SDNY
500 Pearl Street
New York, NY 10007

Re: Nikonov v. Flirt NY Inc., et al
Index No. 19-CV-07128

Dear Magistrate Judge Aaron:

I am counsel for the defendants.

I write this letter motion to the court seeking to file under seal certain exhibits to the reply that I seek to file today regarding Defendants' motion to dismiss. In particular the 12/6/19 record of Dr. Bradley Weiner, the medical history from filled about by plaintiff for Dr. Weiner and 6/6/19 report of Neurological Care PC.

The parties entered into stipulation and order regarding the treatment of such documents and the same allows for the filing of these documents under seal.

I respectfully request that the Court grant the request to file these medical reports under seal.

As my reply is due today, I will file the reply without the exhibits in question and await your ruing on this letter motion.

Thank you.

Respectfully submitted,
S/
Vincent M. Lentini

cc: Client
cc: Doug Lipsky, Esq. counsel for plaintiff

Request GRANTED as to Exhibits B, C and D of the Reply Affirmation of Vincent M. Lantini dated May 5, 2021, at ECF Nos. 58-2, 58-3, and 58-4. The Clerk of Court is respectfully requested to unseal that Reply Affirmation itself and Exhibit A thereto at ECF Nos. 58 and 58-1.
SO ORDERED.
Dated: May 19, 2021