USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

        Plaintiff,

-against-

Flirt NY, Inc., et al.,

        Defendants.

1:19-cv-07128 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a Final Pretrial Conference with the parties held on May 26, 2021, the Court hereby ORDERS, as follows:

1. No later than Friday, May 28, 2021, Defendant shall file any motion for leave to serve the subpoenas discussed in Defendant's letter to the Court dated May 25, 2021 (*see* ECF No. 68).

2. No later than Thursday, June 3, 2021, Plaintiff shall file any opposition to any such motion.

3. No later than Thursday, June 3, 2021, the parties shall file a joint letter setting forth any weeks of October, November and December 2021 when the parties are <u>not</u> both available for trial.

4. No later than Wednesday, June 30, 2021, the parties shall file a proposed Joint Pretrial Order in compliance with ¶ IV.B of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

5. The parties shall submit any request to be referred to the Mediation Program a second time via joint letter to the Court.

**SO ORDERED.**

Dated: New York, New York
May 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge