USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2021

# Vincent M. Lentini
Counselor at Law
1129 Northen Blvd. Suite 404
Manhasset, New York 11030

Admitted to practice  
in Connecticut & New York

Phone: (516) 228-3214  
Fax:    (516) 228-9385

June 25, 2021

Honorable Magistrate Stuart D. Aaron  
US District Court SDNY  
500 Pearl Street  
New York, NY 10007

Re: Nikonov v. Flirt et al  
Index No. 19-CV-07128

Dear Magistrate Aaron:

As you are aware, I am counsel for defendants herein.

On consent of plaintiff's counsel I hereby request a 30 day extension to July 30, 2021 for the parties to submit the joint pretrial statement herein.

As the trial is not scheduled until October to December 2021, this extension request will not prejudice anyone.

Thank you.

Respectfully submitted,  
S/  
Vincent M. Lentini

cc: plaintiff's counsel

Request GRANTED. The Joint Pretrial Order shall be filed on or before July 30, 2021. SO ORDERED.  
Dated: 6/26/2021

*Stuart D. Aaron*