USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

                Plaintiff,

-against-

Flirt NY, Inc., et al.,

                Defendant.

1:19-cv-07128 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is a motion by Douglas Brian Lipsky and Milana Dostanitch of the law firm Lipsky Lowe LLP, pursuant to Local Civil Rule 1.4, for leave to withdraw as counsel for Plaintiff Denys Nikonov. (Mot. (redacted), ECF No. 82; Mot. (unredacted), ECF No. 84.)[1]

It is hereby Ordered that any response by Mr. Nikonov to the pending motion shall be emailed by him to Mr. Lipsky no later than Friday, September 3, 2021; Mr. Lipsky shall promptly file such response to the ECF docket. Thereafter, any reply with respect to the pending motion shall be filed by Mr. Lipsky and/or Ms. Dostanitch no later than Friday, September 10, 2021.

In view of the pending motion, the Court hereby adjourns the deadline for submission of the Joint Pretrial Order *sine die*, and also adjourns the trial date *sine die*.

No later than Monday, August 23, 2021, Mr. Lipsky shall serve a copy of this Order by email on Mr. Nikonov and file proof of service to the ECF docket.

**SO ORDERED.**

---

[1] The Court accepts the filing of ECF No. 84 under seal in order to preserve the confidentiality of the attorney client relationship between Plaintiff and his counsel. *See Thekkek v. LaserSculpt, Inc.*, No. 11-CV-04426 (HB) (JLC), 2012 WL 225924, at *3 (S.D.N.Y. Jan. 23, 2012).

DATED:   New York, New York
         August 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge