

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denys Nikonov,

                Plaintiff,

-against-

Flirt NY, Inc., et al.,

                Defendant.

1:19-cv-07128 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is Defendants' letter motion, dated November 8, 2021, seeking an Order dismissing this action for failure to prosecute (ECF No. 97). As that letter motion notes, pursuant to the Court's Opinion and Order, dated September 14, 2021 (ECF No. 95), Plaintiff was to file a letter with the Court no later than November 5, 2021, indicating whether he has decided to proceed *pro se*, that is, to represent himself without a lawyer. Plaintiff missed that deadline.

    Plaintiff shall file such letter no later than Tuesday, November 23, 2021. If Plaintiff fails to do so, the Court intends to grant Defendants' letter motion and dismiss this case for failure to prosecute.

    Chambers will mail a copy of this Order, as well as a copy of its September 14, 2021 Opinion and Order, to the *pro se* Plaintiff at the following address: 180 Christopher Street, Apt 308, NY, NY 10014.[1]

**SO ORDERED.**

---

[1] This is the address to which Defendants sent their November 5, 2021 letter motion. Further, this is the address that the New York State Department of State has on file for an entity by the name of "DSTYLE HAIR COUTURE INC," for which the "DOS Process Name" and the only listed Officer are "DENYS NIKONOV." *See* https://opengovny.com/corporation/5645807 (last visited November 9, 2021).

Dated: New York, New York
November 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge