**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/05/2022
```

Denys Nikonov,

                                                    Plaintiff,

                        -against-

Flirt NY, Inc., et al.,

                                                    Defendant.

1:19-cv-07128 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than January 12, 2022, the parties each shall file a letter to the Court setting forth the following:

    (a) any dates on which the parties are not available for trial during April, May and June;

    (b) the anticipated length of trial; and

    (c) the number of daily trial participants (attorneys and clients) that will be in the courtroom during trial.

2. No later than February 28, 2022, the parties shall file a joint pre-trial order, the form for which can be found in Judge Aaron's Individual Practices at https://www.nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:    New York, New York
January 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge