**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF NEW YORK**

| | |
|---|---|
| DENYS NIKONOV, individually and on behalf of other persons similarly situated,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>FLIRT NY INC., d/b/a FLIRT BEAUTY BOUTIQUE, VIOLETA CHULPAYEV and ARIEL CHULPAYEV Jointly and Severally,<br><br>　　*Defendants.* | Civil Action No.: 19-cv-07128-SDA<br><br>**JUDGMENT IN A CIVIL ACTION** |

Defendants Flirt NY INC., d/b/a FLIRT BEAUTY BOUTIQUE, VIOLETA CHULPAYEV and ARIEL CHULPAYEV Jointly and Severally, having offered on April 11, 2022 pursuant to Rule 68 of the Federal Rule of Civil Procedure that Plaintiff take judgment against them in the amount of Twelve Thousand Five Hundred Dollars ($12,500) inclusive of costs and disbursements (but not attorneys' fees), and Plaintiff having accepted said offer of judgment on April 20, 2022 (See Docket No 129) it is hereby

ADJUDGED that
Plaintiff hereby recover from Defendants the amount of TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500), which includes costs and expenses actually incurred by Plaintiff pursuant to FRCP 28 USC 1961.

Date _____, 2022
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____