USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN OF NEW YORK**

---

DENYS NIKONOV, individually and on behalf of other persons similarly situated,

    *Plaintiff,*

v.

FLIRT NY INC., d/b/a FLIRT BEAUTY BOUTIQUE, VIOLETA CHULPAYEV and ARIEL CHULPAYEV Jointly and Severally,

    *Defendants.*

Civil Action No.: 19-cv-07128-SDA

**JUDGMENT IN A CIVIL ACTION**

---

Defendants Flirt NY INC., d/b/a FLIRT BEAUTY BOUTIQUE, VIOLETA CHULPAYEV and ARIEL CHULPAYEV Jointly and Severally, having offered on April 11, 2022 pursuant to Rule 68 of the Federal Rule of Civil Procedure that Plaintiff take judgment against them in the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) inclusive of costs and disbursements, and Plaintiff having accepted said offer of judgment on April 20, 2022 (see ECF No. 131) it is hereby

ADJUDGED that Plaintiff recover from Defendants the amount of TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00), which includes costs and expenses actually incurred by Plaintiff pursuant to 28 USC § 1961, and it is further

ADJUDGED that Plaintiff recover from Defendants the amount of TEN THOUSAND EIGHT HUNDRED TWENTY EIGHT DOLLARS ($10,828.00) in attorneys' fees (per ECF No. 139).

Dated: May 6, 2022
    New York, New York

                                                    */s/ Stewart D. Aaron*
                                                    Hon. Stewart D. Aaron, U.S.M.J.